UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER,<br><br>  Plaintiff,<br><br>  v.<br><br>SUTTER AMADOR HOSPITAL; KURT POPKE, M.D.; SUTTER HEALTH; DEPARTMENT OF MOTOR VEHICLES; STATE OF CALIFORNIA; RICHARD F. BUSS, M.D.; DOES 1-50,<br><br>  Defendants. | No. 2:14-cv-00804-GEB-DAD<br><br>**ORDER DENYING EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

On March 31, 2014, Plaintiff filed an ex parte motion for a temporary restraining order ("TRO"), in which he requests an emergency order preventing Defendants from "suspending, limiting, or revoking his California Driver['s] License." (Pl.'s Ex Parte Mot. for TRO 3:19-22, ECF No. 3.) However, since Plaintiff has not shown he "is likely to suffer irreparable harm in the absence of [a TRO]," his motion is denied. <u>Fox Broad. Co., Inc. v. Dish Network L.L.C.</u>, No. 12-57048, 2014 WL 260572, at *3 (9th Cir. Jan. 24, 2014), *amending* 723 F.3d 1067.

Dated:  March 31, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1