UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER,<br><br>Plaintiff,<br><br>v.,<br><br>SUTTER AMADOR HOSPITAL, et al.,<br><br>Defendants. | No.  2:14-cv-0804 GEB DAD PS<br><br><br><br>ORDER |

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for all further proceedings which may be appropriate or required.

Dated:  April 1, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\schneider0804.recusal.ord.docx

1