UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. SCHNEIDER, | No. 2:14-cv-00804 GEB AC PS |
| Plaintiff, | |
| v. | ORDER |
| SUTTER AMADOR HOSPITAL, ET AL., | |
| Defendants. | |

    Pending before the court is pro se plaintiff's April 2, 2014 request for electronic document submission. ECF No. 9. Having received and reviewed plaintiff's request, IT IS HEREBY ORDERED that plaintiff's April 2, 2014 request for electronic document submission, ECF No. 9 is granted. Plaintiff may now file all documents electronically pursuant to Local Rule 133.

    Also pending before the court is plaintiff's September 26, 2014 application for additional time to serve defendants Amador County Department of Public Health, California Department of Public Health and Amador Emergency Physicians Medical Group. ECF No. 59. Plaintiff states that despite his first amended complaint being filed on July 2, 2014, he did not receive a summons until August 20, 2014. Id. Accordingly, plaintiff requests an additional two months to serve these defendants. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's September 26, 2014 request for an extension of time is granted. Plaintiff shall have until

////

December 31, 2014 to serve defendants Amador County Department of Public Health, California Department of Public Health and Amador Emergency Physicians Medical Group.

IT IS SO ORDERED.

DATED: October 8, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE